# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## PROBATION OFFICE

**ANTHONY CASTELLANO**
CHIEF U.S. PROBATION OFFICER

**JAMES SCHLOETTER**
ACTING TYPE II DEPUTY U.S. PROBATION OFFICER



**NOEL BELTON**
ASST. DEPUTY CHIEF U.S. PROBATION OFFICER

February 15, 2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge
Oakland Venue

Dereke Gray
CR 14-00212-003 HSG
**Order Re** Request for Status Hearing

Your Honor,

On February 27, 2017, Mr. Gray was sentenced to three (3) years of probation, following a guilty plea to 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Cocaine Base, a Class C felony, and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with Intent to Distribute and Distribution of Cocaine, a Class C felony.

Mr. Gray has been under my direct supervision following his completion of the Pretrial CAP Program and sentencing. His probation is set to expire on February 26, 2020. The probation officer would like to report Mr. Gray's positive adjustment and accomplishments to date, to Your Honor.

The parties and the courtroom deputy have been contacted and are requesting a status hearing on March 4, 2019, at 2:00 pm.

Respectfully Requested,

_____
J.D. Woods
U.S. Probation Officer

_____
Kevin L. Thomas
Supervisory U.S. Probation Officer

cc: Erin Crane, Counsel
Frank Riebli, AUSA

The Court:

__X__ Agrees to set matter on March 4, 2019, at 2:00 pm for a status hearing.

_____ Denies the request

_____ Other

_2/15/2019_____
Date

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge